

FILED

OCT 27 2021

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY DARNELL SIMS,<br><br>Defendant. | CR 17-136-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, LARRY DARNELL SIMS is hereby released from the custody of the U.S. Marshals Service.

DATED this 27th day of October, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE